UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) CASE NO. CR17-5354-JLR
)
    Plaintiff, )
)
    v. ) DETENTION ORDER
)
JERRY DEE CATLETT, )
)
    Defendant. )
                                       )

<u>Offenses charged</u>: (by Indictment)

    Three counts of Bank Robbery, one count of Attempted Bank Robbery

<u>Date of Detention Hearing</u>: September 28, 2017

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has entered pleas of guilty to these four felony charges. 18 U.S.C. Sec. 3143(a) therefore requires that he be detained unless certain exceptions apply. None of those exceptions applies.

(2) Defendant has a prior conviction in this court for five bank robberies. He was on supervised release on that conviction when he committed the four offenses which he has admitted in this case.

(3) In the prior case, defendant was directed to report to a residential reentry center. He did not do so, but instead committed the four new offenses.

(4) Defendant has a lengthy criminal record including many serious offenses.

(5) Defendant also has a history of apparent mental illness.

(6) Defendant and his counsel offered nothing in opposition to the entry of an order of detention in this case. His counsel indicated that the issue of detention was "moot."

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of September, 2017.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3